544

448 A.2d 1145

Commonwealth v. Donaldson, Appellant.

Submitted September 15, 1981. Oscar N. Gaskins, for appellant; Charles M. Guthrie, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WATKINS and VAN der VOORT, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., concurred in the result.

448 A.2d 1145

Commonwealth v. Forrest, Appellant.

Submitted March 30, 1982. Regina B. Guerin, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.